| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* CR02-01156-SVW |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 08-14003-TP- |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE Richard Earl Dewey ████████ | DISTRICT Southern District of Florida | DIVISION MARTINEZ/ LYNCH |
| | NAME OF SENTENCING JUDGE Honorable Stephen V. Wilson | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/01/07 | TO 10/31/10 |

OFFENSE
18 USC 2422(b): Use of a Facility of Interstate Commerce to Induce and Attempt to Induce a Minor to Engage in Crminal Sexual Activity

FILED by ___ D.C.
APR 11 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____CENTRAL____ DISTRICT OF ____CALIFORNIA____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____Southern District of Florida____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_1/15/08_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____SOUTHERN____ DISTRICT OF ____FLORIDA____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_2/27/08_
Effective Date

_[signature]_
United States District Judge

CLOSED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
(Western Division - Los Angeles)
CRIMINAL DOCKET FOR CASE #: 2:02-cr-01156-SVW All Defendants

Case title: USA v. Dewey

Date Filed: 10/30/2002
Date Terminated: 06/30/2003

Assigned to: Judge Stephen V. Wilson

**Defendant**

**Richard Earl Dewey** (1)
*TERMINATED: 06/30/2003*
*also known as*
Rich (1)

represented by **Angela G Parrott**
Federal Public Defenders Office
321 E 2nd St
Los Angeles, CA 90012-4206
213-894-2854
Email: zzCAC_FPD_Document_Receiving@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**

18:2422: USE OF FACILITY OF INTERSTATE COMMERCE TO INDUCE AND ATTEMPT TO INDUCE A MINOR TO ENGAGE IN CRIMINAL SEXUAL ACITIVITY
(1-2)

18:2422(b) - Use of a Facility of Interstate Commerce to Induce and Attempt to Induce a Minor to Engage

**Disposition**

**Disposition**

Remaining counts ordered dismissed.

Bureau of Prisons 70 months; Supervised release 36 months; Fines waived. Special

| | |
|---|---|
| in Criminal Sexual Activity (1s) | assessment $300. |
| 18:2422(b) - USE OF A FAILITY OF INTERSTATE COMMERCE TO INDUCE AND ATTEMPT TO INDUCE A MINOR TO ENGAGE IN CRIMINAL SEXUAL ACTIVITY (2s) | Bureau of Prisons 70 months; Supervised release 36 months; Fines waived. Special assessment $300. |
| 18:2422(b) - USE OF A FACILITY OF INTERSTATE COMMERCE TO INDUCE AND ATTEMPT A MINOR TO ENGAGE IN CRIMINAL SEXUAL ACTIVITY (3s) | Bureau of Prisons 70 months; Supervised release 36 months; Fines waived. Special assessment $300. |

**Highest Offense Level (Terminated)**

Felony

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

USA     represented by    **Teresa Mack**
AUSA - Office of US Attorney
Criminal Div - US Courthouse
312 N Spring St, 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/30/2002 | 1 | INDICTMENT filed against Richard Earl Dewey (1) count(s) 1-2 filed by AUSA Teresa Mack. Offense occurred in LA. (ca) (Entered: 10/31/2002) |
| 10/30/2002 | | BENCH WARRANT issued for Richard Earl Dewey by Magistrate Judge Victor B. Kenton Court orders Richard Earl Dewey detained. (ca) (Entered: 10/31/2002) |
| 10/30/2002 | 2 | CASE SUMMARY filed by AUSA Teresa Mack, attorney for USA, as to Richard Earl Dewey. Defendant's date of birth: 5/9/39. (ca) (Entered: |

| | | 10/31/2002) |
|---|---|---|
| 10/30/2002 | 3 | MEMORANDUM filed by USA as to Richard Earl Dewey seeking authority for an investigative action and being filed on 10/30/02, does not relate to, a mtr pending in the Narcotic Section of the US Atty's Ofc before April 20, 1999, the date on which Magistrate Judge Jeffrey W. Johnson resigned his appt in that ofc; or was personally involved or on which he was personally consulted while employed in the US Atty's Ofc. (ca) (Entered: 10/31/2002) |
| 10/30/2002 | 4 | MEMORANDUM filed by USA as to Richard Earl Dewey seeking authority for an investigative action and being filed on 10/30/02, does not relate to, a mtr pending in the Narcotic Section of the US Atty's Ofc before September 29, 2000, the date on which Magistrate Judge Stephen G. Larson resigned his appt in that ofc; or was personally involved or on which he was personally consulted while employed in the US Atty's Ofc. (ca) (Entered: 10/31/2002) |
| 10/30/2002 | 5 | MEMORANDUM filed by USA as to Richard Earl Dewey seeking authority for an investigative action and being filed on 10/30/02, does not relate to, a mtr pending in the Narcotic Section of the US Atty's Ofc before June 30, 2001, the date on which Magistrate Judge Jennifer T. Lum resigned his appt in that ofc; or was personally involved or on which he was personally consulted while employed in the US Atty's Ofc. (ca) (Entered: 10/31/2002) |
| 10/30/2002 | 6 | MEMORANDUM filed by USA as to Richard Earl Dewey seeking authority for an investigative action and being filed on 10/30/02, does not relate to, a mtr pending in which Magistrate Judge Patrick J. Walsh was personally involved or on which he was personally consulted while employed in the US Atty's Ofc. (ca) (Entered: 10/31/2002) |
| 10/30/2002 | 7 | MEMORANDUM filed by USA as to Richard Earl Dewey. This criminal action, being filed on 10/30/02, was not pending in the U.S. Attorney's Office before 11/2/92, the date on which U.S. District Judge Lourdes G. Baird began receiving criminal matters. (ca) (Entered: 10/31/2002) |
| 10/30/2002 | 8 | MEMORANDUM filed by USA as to Richard Earl Dewey. This criminal action, being filed on 10/30/02, was not pending in the U.S. Attorney's Office before 12/22/98, the date on which U.S. District Judge Nora M. Manella began receiving criminal matters. (ca) (Entered: 10/31/2002) |
| 11/12/2002 | 9 | MINUTES OF POST-INDICTMENT ARRAIGNMENT HEARING held before Magistrate Judge Carolyn Turchin as to Richard Earl Dewey : reassigning case to Judge Stephen V. Wilson . Richard Earl Dewey (1) count(s) 1-2 arraigned and states true name as charged. DFPD Attorney Angela G Parrott appt & present. First appearance of Richard Earl Dewey entered. Plea not guilty entered by Richard Earl Dewey (1) count(s) 1-2 . Case is cont to 9:00 a.m. on 12/31/02 for trial. Tape No.: 02-46 (dmap) (Entered: 11/13/2002) |
| 11/12/2002 | 10 | STATEMENT OF DEFENDANT'S CONSTITUTIONAL RIGHTS filed as to Richard Earl Dewey (dmap) (Entered: 11/13/2002) |

| 11/27/2002 | 11 | BENCH WARRANT returned executed as to Richard Earl Dewey on 11/5/02 (dmap) (Entered: 12/05/2002) |
|---|---|---|
| 12/05/2002 | 12 | STIPULATION AND ORDER filed by Judge Stephen V. Wilson as to Richard Earl Dewey : It is ord the case is cont to 9:00 a.m. on 2/25/03 for trial. The time period from 11/26/02 through & including 2/25/03 is deemed excludable. Richard Earl Dewey (dmap) (Entered: 12/06/2002) |
| 12/05/2002 | | EXCLUDABLE DELAY FORM as to Richard Earl Dewey (dmap) (Entered: 12/06/2002) |
| 01/21/2003 | 13 | PLEA AGREEMENT filed by USA as to Richard Earl Dewey (sv) (Entered: 01/22/2003) |
| 01/27/2003 | 14 | 1ST SUPERSEDING INFORMATION filed against Richard Earl Dewey (1) count(s) 1s, 2s, 3s. (sv) (Entered: 01/28/2003) |
| 01/27/2003 | 15 | CASE SUMMARY filed by AUSA Teresa Mack, attorney for USA, as to Richard Earl Dewey. Defendant's date of birth: 5/9/39. (sv) (Entered: 01/28/2003) |
| 01/27/2003 | 16 | MEMORANDUM filed by USA as to Richard Earl Dewey seeking authority for an investigative action and being filed on 1/27/03, does not relate to, a mtr pending in the Narcotic Section of the US Atty's Ofc before the date on which Magistrate Judge Patrick J. Walsh resigned his appt in that ofc; or was personally involved or on which he was personally consulted while employed in the US Atty's Ofc. (sv) (Entered: 01/28/2003) |
| 01/27/2003 | 17 | MEMORANDUM filed by USA as to Richard Earl Dewey seeking authority for an investigative action and being filed on 1/27/03, does not relate to, a mtr pending in the Major Fraud Section of the US Atty's Ofc before 6/30/01 the date on which Magistrate Judge Jennifer T. Lum resigned his appt in that ofc; or was personally involved or on which he was personally consulted while employed in the US Atty's Ofc. (sv) (Entered: 01/28/2003) |
| 01/27/2003 | 18 | MEMORANDUM filed by USA as to Richard Earl Dewey seeking authority for an investigative action and being filed on 1/27/03, does not relate to, a mtr pending in the Organized Crime Section of the US Atty's Ofc before 9/29/00, the date on which Magistrate Judge Stephen G. Larson resigned his appt in that ofc; or was personally involved or on which he was personally consulted while employed in the US Atty's Ofc. (sv) (Entered: 01/28/2003) |
| 01/27/2003 | 19 | MEMORANDUM filed by USA as to Richard Earl Dewey seeking authority for an investigative action and being filed on 1/27/03, does not relate to, a mtr pending in the Narcotic Section of the US Atty's Ofc before April 20, 1999, the date on which Magistrate Judge Jeffrey W. Johnson resigned his appt in that ofc; or was personally involved or on which he was personally consulted while employed in the US Atty's Ofc. (sv) (Entered: 01/28/2003) |
| | | |

| 01/27/2003 | 20 | MEMORANDUM filed by USA as to Richard Earl Dewey. This criminal action, being filed on 1/27/03, was not pending in the U.S. Attorney's Office before 12/22/98, the date on which U.S. District Judge Nora M. Manella began receiving criminal matters. (sv) (Entered: 01/28/2003) |
|---|---|---|
| 01/27/2003 | 21 | MEMORANDUM filed by USA as to Richard Earl Dewey. This criminal action, being filed on 1/27/03, was not pending in the U.S. Attorney's Office before 11/2/92, the date on which U.S. District Judge Lourdes G. Baird began receiving criminal matters. (sv) (Entered: 01/28/2003) |
| 02/24/2003 | 22 | MINUTES OF CHANGE OF PLEA HEARING held before Judge Stephen V. Wilson as to Richard Earl Dewey: Defendant moves to change plea to the 1st superseding information. Plea of guilty entered by Richard Earl Dewey (1) count(s) 1s, 2s, 3s. The Court questions the defendant regarding plea of guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered. The Court refers Richard Earl Dewey to the Probation Office for investigation and report. Sentencing hearing set for 11:00 5/19/03 for Richard Earl Dewey. C/R: Villegas. (sv) (Entered: 02/28/2003) |
| 02/24/2003 | 23 | WAIVER OF INDICTMENT filed as to Richard Earl Dewey. Approved by Judge Stephen V. Wilson. (ca) (Entered: 02/28/2003) |
| 04/28/2003 | 24 | NOTICE OF UNDER SEAL FILING by Richard Earl Dewey (sv) (Entered: 04/29/2003) |
| 05/01/2003 | 25 | APPLICATION filed by Richard Earl Dewey to file document under seal. (sv) (Entered: 05/02/2003) |
| 05/09/2003 | 28 | ORDER filed by Judge Stephen V. Wilson as to Richard Earl Dewey : It is ordered the government's ex parte application for sealed filing is GRANTED. The document sought to be filed under seal & the government's ex parte application for sealed filing shall both be filed under seal. The government may produce the underlying document as permitted or required by applicable law. (cc: all counsel) (dmap) (Entered: 05/12/2003) |
| 05/15/2003 | 33 | APPLICATION filed by Richard Earl Dewey to filed under seal. (sv) (Entered: 05/22/2003) |
| 05/16/2003 | 30 | NOTICE OF IN CAMERA FILING by Richard Earl Dewey Re: Position of parties with respect to sentencing factors (vc) (Entered: 05/16/2003) |
| 05/21/2003 | 32 | STIPULATION AND ORDER filed by Judge Stephen V. Wilson as to Richard Earl Dewey: Continuing sentence hearing for 11:00 6/30/03 for Richard Earl Dewey. (sv) (Entered: 05/22/2003) |
| 05/21/2003 | 34 | ORDER filed by Judge Stephen V. Wilson as to Richard Earl Dewey: granting application to defendant's reply to government;s sentencing position filed under seal. [33-1] (cc: all counsel) (sv) (Entered: 05/22/2003) |
| 06/30/2003 | 38 | MINUTES OF SENTENCING held before Judge Stephen V. Wilson as to Richard Earl Dewey (1) count(s) 1s, 2s, 3s. Bureau of Prisons 70 |

| | | |
|---|---|---|
| | | months; Supervised release 36 months; Fines waived. Special assessment $300. Dismissing count(s) as to Richard Earl Dewey (1) count(s) 1-2. Remaining counts ordered dismissed. C/R: Villegas. (sv) (Entered: 07/09/2003) |
| 07/02/2003 | 36 | ORDER sealing document filed by Judge Stephen V. Wilson as to Richard Earl Dewey : (cc: all counsel) (vc) (Entered: 07/03/2003) |
| 07/02/2003 | 37 | JUDGMENT AND COMMITMENT issued to U.S. Marshal for Richard Earl Dewey. Approved by Judge Stephen V. Wilson. Entered on: 7/9/03. (sv) (Entered: 07/09/2003) |
| 01/15/2008 | 40 | ORIGINAL AND COPY OF PROBATION FORM 22 sent to USDC SOUTHERN DISTRICT OF FLORIDA at Miami as to Defendant Richard Earl Dewey. (Attachments: # 1 Prob 22 Transfer Of Jurisdiction Part 1)(pj) (Entered: 01/17/2008) |
| 03/06/2008 | 41 | ORDER RE: TRANSFER OF JURISDICTION filed by Judge Stephen V. Wilson as to Defendant Richard Earl Dewey, Case transferred to Southern District of Florids at Miami. (Attachments: # 1 transmittal CR 22) (es) (Entered: 03/14/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/11/2008 08:41:13 | | | |
| PACER Login: | us5299 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:02-cr-01156-SVW |
| Billable Pages: | 4 | Cost: | 0.32 |

| PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)*<br>CR02-01156-SVW |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Southern District of Florida | DIVISION |
|---|---|---|
| Richard Earl Dewey<br>████████ | NAME OF SENTENCING JUDGE<br>Honorable Stephen V. Wilson | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>11/01/07 | TO<br>10/31/10 |

OFFENSE

18 USC 2422(b): Use of a Facility of Interstate Commerce to Induce and Attempt to Induce a Minor to Engage in Crminal Sexual Activity

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___CENTRAL___ DISTRICT OF ___CALIFORNIA___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Southern District of Florida___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_1/15/08_
*Date*

_[signature]_
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___SOUTHERN___ DISTRICT OF ___FLORIDA___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
*Effective Date*

_____
*United States District Judge*

# United States District Court
## Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA vs. | Docket No. CR 02-1156(A) SVW |
| Defendant: Richard Earl Dewey | Social Security No. 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 |
| akas: Dick Dewey, Rich Dewey | |
| Residence Address: Metropolitan Detention Center, 535 N. Alameda Street, Los Angeles, CA 90012 | Mailing Address: [redacted] |

**JUDGMENT AND PROBATION/COMMITMENT ORDER**

In the presence of the attorney for the government, the defendant appeared in person on this date. **MONTH** June **DAY** 30 **YEAR** 2003

**COUNSEL**: ■ WITH COUNSEL   Angela Parrott, DFPD
(Name of Counsel)

**PLEA**: ■ GUILTY, and the court being satisfied that there is a factual basis for the plea.  ☐ NOLO CONTENDERE  ☐ NOT GUILTY

**FINDING**: There being a finding/verdict of ■ GUILTY, defendant has been convicted as charged of the offense(s) of: Use of a Facility of Interstate Commerce to Induce and Attempt to Induce a Minor to Engage in Criminal Sexual Activity in violation of 18 USC 2422(b) as charged in counts 1, 2, 3 of the First Superseding Information.

**JUDGMENT AND PROB/COMM ORDER**: The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of:
**Seventy (70) months on each of Counts 1, 2 and 3, of the First Superseding Information to be served concurrently.**

It is ordered that the defendant shall pay to the United States a special assessment of $300, which is due immediately to the Clerk of the Court.

Pursuant to Section 5E1.2(e) of the Guidelines, all fines are waived as it is found that the defendant does not have the ability to pay a fine.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of three years. This term consists of three years on each of Counts 1, 2 and 3 of the Superseding Information, all such terms to run concurrently and under the following terms and conditions:

1. The defendant shall comply with the rules and regulations of the U. S. Probation Office and General Order 318;

2. During the period of community supervision the defendant shall pay the special assessment in accordance with this judgment's orders pertaining to such payment;

3. The defendant shall participate in a psychological/psychiatric counseling or treatment program, as approved and directed by the Probation Officer;

4. The defendant shall register with any local and/or state sex offender registration agency in any state where the defendant resides, is being supervised, is employed, carries on a vocation or is a student, as direct by the Probation Officer. The defendant shall provide proof of registration to the

USA vs. Richard Earl Dewey                                    Docket No.: CR 02-1156(A) SVW

   Probation Officer within 72 hours of release from imprisonment;

5. The defendant shall not possess any materials including pictures, photographs, books, writings, drawings, videos or video games, depicting and/or describing "sexually explicit conduct" as defined at 18 USC 2256(2);

6. The defendant shall not possess any materials, including pictures, photographs, books, writings, drawings, videos or video games, depicting and/or describing child pornography as defined at 18 USC 2256(8);

7. The defendant shall not contact the minor victims, nor their families by any means, including in person, by mail or electronic means, or via third parties. Further, the defendant shall remain at least 100 yards from the victims at all times. If any contact occurs, the defendant shall immediately leave the area of contact, and report the contact to the Probation Officer;

8. The defendant shall not frequent or loiter within 100 feet from school yards, parks, public swimming pools, playgrounds, youth centers, video arcade facilities or other places primarily used by persons under the age of 18;

9. The defendant shall not reside within direct view of school yards, parks, public swimming pools, playgrounds, youth centers, video arcade facilities or other places primarily used by persons under the age of 18. The defendant's residence shall be approved by the Probation Officer, and any change in residence must be pre-approved by the Probation Officer. The defendant shall submit the address of the proposed residence to the Probation Officer at least 10 days prior to any scheduled move;

The court recommends defendant to be placed in an Orlando, Florida facility (FCC Coleman).
Government is ordered to submit proper findings of fact and conclusions of law.
The court grants government's motion to dismiss the underlying Indictment.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release within this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

☐ This is a direct commitment to the Bureau of Prisons, and the Court has NO OBJECTION should the Bureau of Prisons designate defendant to a Community Corrections Center.

7/2/03
Date

Stephen V. Wilson
U. S. District Judge/Magistrate Judge

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Sherri R. Carter, Clerk

7/2/03
Filed Date

By _____
   Deputy Clerk

USA-vs. Richard Earl Dewey  Docket No.: CR 02-1156(A) SVW

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall comply with the additional conditions on the attached page(s) pursuant to General Orders 318 and 01-05.

## STATUTORY PROVISIONS PERTAINING TO PAYMENT AND COLLECTION OF FINANCIAL SANCTIONS

The defendant shall pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment pursuant to 18 U.S.C. §3612(f)(1). Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g). Interest and penalties pertaining to restitution, however, are not applicable for offenses completed prior to April 24, 1996.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant shall pay the balance as directed by the United States Attorney's Office. 18 U.S.C. §3613.

The defendant shall notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence until all fines, restitution, costs, and special assessments are paid in full. 18 U.S.C. §3612(b)(1)(F).

The defendant shall notify the Court through the Probation Office, and notify the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. §3664(k). The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution-pursuant to 18 U.S.C. §3664(k). See also 18 U.S.C. §3572(d)(3) and for probation 18 U.S.C. §3563(a)(7).

Payments shall be applied in the following order:

1. Special assessments pursuant to 18 U.S.C. §3013;
2. Restitution, in this sequence:
    Private victims (individual and corporate),
    Providers of compensation to private victims,
    The United States as victim;
3. Fine;
4. Community restitution, pursuant to 18 U.S.C. §3663(c); and
5. Other penalties and costs.

## SPECIAL CONDITIONS FOR PROBATION AND SUPERVISED RELEASE

As directed by the Probation Officer, the defendant shall provide to the Probation Officer: (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns or a signed release authorizing their disclosure and (3) an accurate financial statement, with supporting documentation as to all assets, income and expenses of the defendant. In addition, the defendant shall not apply for any loan or open any line of credit without prior approval of the Probation Officer.

The defendant shall maintain one personal checking account. All of defendant's income, "monetary gains," or other pecuniary proceeds shall be deposited into this account, which shall be used for payment of all personal expenses. Records of all other bank accounts, including any business accounts, shall be disclosed to the Probation Officer upon request.

The defendant shall not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $500 without approval of the Probation Officer until all financial obligations imposed by the Court have been satisfied in full.

USA-vs. Richard Earl Dewey _____   Docket No.: __CR 02-1156(A) SVW__

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5. the defendant shall support his or her dependants and meet other family responsibilities;
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;
15. the defendant shall not possess a firearm or other dangerous weapon;
16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours.

These conditions are in addition to any other conditions imposed by this judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____
Defendant noted on appeal on _____
Defendant released on _____
Mandate issued on _____
Defendant's appeal determined on _____
Defendant delivered on _____ to _____
at _____ the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

By _____
Date                       Deputy Marshal

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

By _____
Filed Date                  Deputy Clerk

# NOTICE PARTY SERVICE LIST

Case No. _CR 02-1156(A) SVW_  Case Title _USA v. Richard E. Dewey_
Filed Date _7-2-03_  Title of Document _Judgment_

| | | | |
|---|---|---|---|
| | Atty Sttlmnt Officer | | US Attorneys Office - Civil Division -L.A. |
| | BAP (Bankruptcy Appellate Panel) | | US Attorneys Office - Civil Division - S.A. |
| | Beck, Michael J (Clerk, MDL Panel) | | US Attorneys Office - Criminal Division -L.A. |
| | BOP (Bureau of Prisons) | | US Attorneys Office - Criminal Division -S.A. |
| | Calderon, Arthur - Warden, San Quentin | | US Bankruptcy Court |
| | CAAG (California Attorney General's Office - Keith Borjon, L.A. Death Penalty Coordinator) | X | US Marshal Service - Los Angeles |
| | | | US Marshal Service - Santa Ana |
| | CA St Pub Defender (Calif. State PD) | | US Marshal Service - Riverside |
| | Case Asgmt Admin (Case Assignment Administrator) | X | US Probation Office |
| | | | US Trustee's Office |
| | Catterson, Cathy (9th Circuit Court of Appeal) | | |
| | Chief Deputy Adm | | |
| | Chief Deputy Ops | | ADD NEW NOTICE PARTY (* print name and address below): |
| | Clerk of Court | | |
| | Death Penalty H/ C (Law Clerks) | | |
| | Dep In Chg E Div | | |
| | Dep In Chg So Div | | * Print name & address of the notice party if this is the first time this notice party is being served through Optical Scanning. Print ONLY the name of the notice party if documents have previously been served on this notice party through Optical Scanning. |
| X | Fiscal Section | | |
| | Intake Supervisor | | |
| | Interpreter Section | | |
| | PIA Clerk - Los Angeles (PIALA) | | JUDGE / MAGISTRATE JUDGE (list below): |
| | PIA Clerk - Santa Ana (PIASA) | | |
| | PIA Clerk - Riverside (PIAED) | | |
| X | PSA - Los Angeles (PSALA) | | |
| | PSA - Santa Ana (PSASA) | | |
| | PSA - Riverside (PSAED) | | |
| | Schnack, Randall (CJA Supervising Attorney) | | |
| | Statistics Clerk | | Initials of Deputy Clerk _WW_ |
| | Stratton, Maria - Federal Public Defender | | |

FILED

2003 JAN 27 AM 11:19

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 02-1156(A)-SVW |
| Plaintiff, ) | **F I R S T** |
| ) | **S U P E R S E D I N G** |
| v. ) | **I N F O R M A T I O N** |
| ) | |
| RICHARD EARL DEWEY, aka ) | [18 U.S.C. § 2422(b) Use of a |
| "Rich," ) | Facility of Interstate |
| ) | Commerce to Induce and Attempt |
| Defendant. ) | to Induce a Minor to Engage in |
| ) | Criminal Sexual Activity] |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. § 2422(b)]

Between on or about August 1, 2002, and continuing to on or about September 24, 2002, in Los Angeles County, within the Central District of California, and elsewhere, defendant RICHARD EARL DEWEY, aka "Rich," knowingly used a facility or means of interstate commerce, namely, the Internet, to knowingly persuade, induce, and entice an individual who had not attained the age of

TM:tm

18 years to engage in sexual activity for which a person could be charged with a criminal offense under California law, namely, Lewd Act Upon a Child, a violation of California Penal Code § 288(c)(1).

## COUNT TWO

[18 U.S.C. § 2422(b)]

Between on or about August 19, 2002, and continuing to on or about August 26, 2002, in Los Angeles County, within the Central District of California, and elsewhere, defendant RICHARD EARL DEWEY, aka "Rich," knowingly used a facility or means of interstate commerce, namely, the Internet, to knowingly persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexual activity for which a person could be charged with a criminal offense under California law, namely, Lewd Act Upon a Child, a violation of California Penal Code § 288(c)(1) and Sodomy, a violation of California Penal Code § 286(b)(2).

COUNT THREE

[18 U.S.C. § 2422(b)]

Between on or about September 16, 2002, and continuing to October 2, 2002, in Los Angeles County, within the Central District of California, and elsewhere, defendant RICHARD EARL DEWEY, aka "Rich," knowingly used a facility or means of interstate commerce, namely, the Internet, to knowingly persuade, induce, and entice an individual whom he believed to have not attained the age of 18 years to engage in sexual activity for which a person could be charged with a criminal offense under California law, namely, Attempted Lewd Act Upon a Child, a violation of California Penal Code § 288(c)(1).

DEBRA W. YANG
United States Attorney

JACQUELINE CHOOLJIAN
Assistant United States Attorney
Chief, Criminal Division

LAWRENCE H. CHO
Assistant United States Attorney
Chief, Terrorism and Organized Crimes Section